# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8A600R2995331416

**Weight**

0.10 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

05/31/2022

**Additional Information**

Signature Required

**Delivered On**

06/02/2022 9:52 A.M.

**Delivered To**

2020 CAREY AVE
3 301
CHEYENNE, WY, 82001, US

**Received By**

MCCORD

**Left At**

Inside Delivery

**Reference Number(s)**

1000.033

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/06/2022 10:50 A.M. EST