IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

MC 22-08-BLG-SPW-TJC

Bradford James Brown
CROWLEY FLECK PLLP - HELENA
Attorneys for Defendant - In Re Subpoena of Richard Seddon
900 N. Last Chance Gulch, Suite 200
Helena, Montana 59601
406-449-4165
Fax: 406-449-5140
bbrown@crowleyflect.com

Nathan S. McConnell
MCCONNELL LAW OFFICE
Attorney for Respondent AFT Michigan
114 West Pine Street
Missoula, Montana 59802
406 721 1262
nate@natemcconnelllaw.com

Mark H. Cousens
Attorney for Respondent - AFT Michigan
26261 Evergreen Road, Suite 130
Southfield, Michigan 48076
248-355-2150
Fax: 248-355-2170
cousens@cousenslaw.com

Unopposed Motion to Strike Exhibit 13-1

Respondent AFT Michigan moves, without opposition, that the Court strike and remove from the docket exhibit 1 to DKT 13 as it inadvertently contains confidential information. Respondent will file a replacement exhibit within 7 days of the entry of the order granting this motion.

It is so moved.

/s/ Mark H. Cousens
Mark H. Cousens
Attorney for Respondent - AFT Michigan
26261 Evergreen Road, Suite 130
Southfleld, Michigan 48076
248-355-2150
eousens@cousenslaw.com