RE: Seddon deposition                 mailbox:///C:/Users/couse/AppData/Roaming/Thunderbird/Pro..

Case 1:22-mc-00008-SPW-TJC   Document 30-23   Filed 10/26/22   Page 1 of 1

**Subject:** RE: Seddon deposition
**From:** Abby Moscatel <AMoscatel@blacktaillaw.com>
**Date:** 10/21/2022, 10:50 AM
**To:** Mark Cousens <cousens@cousenslaw.com>

Your continued insults, threats, and feigned indignation are unprofessional. If the court rules in your favor and you tender the full witness fee, then Mr. Seddon will attend. Otherwise, you'll need to reschedule as suggested or file your motion(s).

-----Original Message-----
From: Mark Cousens <cousens@cousenslaw.com>
Sent: Friday, October 21, 2022 8:31 AM
To: Abby Moscatel <AMoscatel@blacktaillaw.com>
Subject: Seddon deposition

Ms. Moscatel:

I am writing to again request an answer to the question I posed in my email of yesterday: will Mr. Seddon appear for the deposition scheduled for October 27 or is he refusing to do so. The travel plans of numerous people depend on your response. Please respond immediately.

Mark Cousens

--
Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
P: 248 355 2150
F: 248 355 2170
C: 248 877 4098
cousens@cousenslaw.com