# Abby Moscatel

| | |
|---|---|
| **From:** | Abby Moscatel |
| **Sent:** | Wednesday, November 16, 2022 1:09 PM |
| **To:** | Abby Moscatel |
| **Subject:** | Exhibit D |
| **Attachments:** | Attachm A.PDF; Attachm B.PDF; Exhibit 1.PDF; Exhibit 2.PDF; Exhibit 3.PDF; Exhibit 4.PDF; Exhibit 5.PDF; Exhibit 6.PDF; Exhibit 7.PDF; Exhibit 8.PDF; Exhibit 9.PDF; Exhibit 10.PDF; Exhibit 11.PDF; Exhibit 12.PDF; Exhibit 13.PDF; Exhibit 14.PDF; Exhibit 14-1.PDF; Exhibit 15.PDF; Exhibit 16.PDF; Exhibit 17.PDF; Exhibit 18.PDF; Exhibit 19.PDF; Exhibit 20.PDF; Exhibit 21.PDF; Exhibit 22.PDF; motion to hold sedddon in contempt.pdf |

-----Original Message-----
From: Mark Cousens <cousens@cousenslaw.com>
Sent: Wednesday, October 26, 2022 7:37 AM
To: Abby Moscatel <AMoscatel@blacktaillaw.com>
Cc: Brad J. Brown <bbrown@crowleyfleck.com>; Mersino, Paul <mersino@butzel.com>; 'Stephen Klein' <steve@barrklein.com>; Nate McConnell <nate@natemcconnelllaw.com>
Subject: Motion to hold Richard Seddon in contempt

Ms. Moscatel:

Attached please find AFT Michigan's motion to hold Richard Seddon in contempt and to impose costs and sanctions against Mr. Seddon and you.
This motion will be filed with the Court via ECF at noon Eastern daylight time (10:00 a.m. Mountain time) unless you indicate your concurrence in the relief sought before then. Consider this a courtesy copy of the motion, brief and exhibits in advance of the ECF filing and service.

Mark H Cousens

--
Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
P: 248 355 2150
F: 248 355 2170
C: 248 877 4098
cousens@cousenslaw.com